## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07cv4093                                                                                  Purchased/Filed: May 25, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et. al*                    Plaintiff

against

*The Landtek Group, Inc.*                                                                                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 31, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint, Judge Chin's Rules and Magistrate Eaton's Rules

on

___The Landtek Group, Inc.___, the Defendant in this action, by delivering to and leaving with ___Amy Lesch___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___23___   Approx. Wt: ___160___   Approx. Ht: ___5'9"___
Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

___4th___ day of ___June, 2007___

*(signature)*
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

*(signature)* Jessica Miller

Invoice•Work Order # SP0704738

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**